# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2059
_____

T.W., Natural Father of S.W.,
E.W., A.W., and T.H., Minor
Children,

     Appellant,

     v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

October 23, 2018

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Gregory P. Farrar of Farrar Law Firm and Mediation Group, Pensacola, for Appellant.

Sarah J. Rumph, Appellate Counsel, Department of Children and Families, Tallahassee, for Appellee.

Thomasina F. Moore, Statewide Director of Appeals, and Sara E. Goldfarb, Appellate Counsel, Guardian ad Litem Program, Sanford, for Guardian ad Litem Program.